ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson
McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau
Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore,
Foundation Capital VI, L.P., and Foundation Capital
Management Co. VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-cv-2480-CRB<br><br>**CLASS ACTION**<br><br>**SUNRUN DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIV L.R. 3-12]**<br>**[CIV L.R. 7-11]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Case filed:  May 6, 2016<br>Trial date:  None set |

| | | |
|---|---|---|
| 1 | JOE BAKER, CARL HAYNER, and KEN MORRIS, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02568-EMC |
| 2 | | |
| 3 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 4 | v. | Case No. CIV 538419 |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |
| 14 | MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02569-EMC |
| 15 | | |
| 16 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 17 | v. | Case No. CIV 538311 |
| 18 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

ADMIN. MOT. TO RELATE CASES
CASE NO. 3:16-CV-2480-CRB
sf-3653811

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-CV-02570-WHA<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538304 |
| GREG MANCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   5:16-CV-02572-LHK<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538303 |

| | | |
|---|---|---|
| 1 | JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated, | Case No.   5:16-CV-02573-LHK |
| 2 | | |
| 3 | Plaintiff, | |
| | | Removed from the Superior Court of California, County of San Mateo |
| 4 | v. | |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538593 |
| 12 | Defendants. | |
| 13 | | |
| 14 | JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02566-HSG |
| 15 | Plaintiff, | |
| 16 | v. | Removed from the Superior Court of California, County of San Mateo |
| 17 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538215 |
| 25 | Defendants. | |

ADMIN. MOT. TO RELATE CASES
CASE NO. 3:16-CV-2480-CRB
sf-3653811

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC (the "Sunrun Defendants") submit this motion to consider whether *Pytel v. Sunrun et al.*, Case No. 3:16-cv-2566-HSG, *Baker v. Sunrun et al.*, Case No. 3:16-cv-2568-EMC, *Brown v. Sunrun et al.*, Case No. 3:16-cv-2569-EMC, *Cohen v. Sunrun et al.*, Case No. 3:16-cv-2570-WHA, *Mancy v. Sunrun et al.*, Case No. 3:16-cv-02572-LHK, *Nunez v. Sunrun et al.*, Case No. 3:16-cv-02573-LHK should be related to this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION

The Sunrun Defendants bring this Administrative Motion pursuant to Civil Local Rules 3-12 and 7-11 for a determination that the Securities Class Action filed in this Court May 6, 2016, captioned *Greenberg v. Sunrun et al.*, Case No. 3:16-cv-2480-CRB (the "*Greenberg* Action") is related to the six below-listed securities class actions removed to this Court from the Superior Court of California, County of San Mateo on May 12, 2016.

*Baker v. Sunrun et al.*, Case No. 3:16-cv-2568-EMC (the "*Baker* Action"), filed in the Superior Court of California, County of San Mateo on April 29, 2016 (attached as Exhibit A.)

*Brown v. Sunrun et al.*, Case No. 3:16-cv-2569-EMC (the "*Brown* Action"), filed in the Superior Court of California, County of San Mateo on April 22, 2016 (attached as Exhibit B.)

*Cohen v. Sunrun et al.*, Case No. 3:16-cv-2570-WHA (the "*Cohen* Action"), filed in the Superior Court of California, County of San Mateo on April 21, 2016 (attached as Exhibit C.)

*Mancy v. Sunrun et al.*, Case No. 3:16-cv-02572-LHK (the "*Mancy* Action"), filed in the Superior Court of California, County of San Mateo on April 21, 2016 (attached as Exhibit D.)

*Nunez v. Sunrun et al.*, Case No. 3:16-cv-02573-LHK (the "*Nunez* Action"), filed in the Superior Court of California, County of San Mateo on May 10, 2016 (attached as Exhibit E.)

*Pytel v. Sunrun et al.*, Case No. 3:16-cv-2566-HSG (the "*Pytel* Action"), filed in the

1  Superior Court of California, County of San Mateo on April 13, 2016 (attached as Exhibit F.)

2  The *Greenberg*, *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions all purport to represent classes of persons defined as purchasers of Sunrun common stock in and/or traceable to Sunrun's August 5, 2015 initial public offering ("IPO") (Dkt. 1 ¶ 38, Ex. A ¶ 14, Ex. B ¶ 70, Ex. C ¶ 62, Ex. D ¶ 48, Ex. E ¶ 36, Ex. F ¶ 36); assert claims under Sections 11, 12(a), and 15 of the Securities Act of 1933 (Dkt. 1 ¶ 3, Ex. A ¶¶ 43, 55, 57, Ex. B ¶ 2, Ex. C ¶ 1, Ex. D ¶ 2, Ex. E ¶ 2, Ex. F ¶ 2); and request the same form of relief (Dkt. 1 at 20-21, Ex. A at 20, Ex. B at 21, Ex. C at 16-17, Ex. D at 25-26, Ex. E at 18, Ex. F at 18.)  All of the Actions assert claims against Sunrun; Sunrun's officers (Lynn Jurich, Bob Komin, and Edward Fenster); Sunrun's Directors (Jameson McJunkin, Gerald Risk, Steve Vassallo, and Richard Wong); and the underwriters of Sunrun's IPO (Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, RBC Capital Markets, LLC, KeyBanc Capital Markets Inc., and SunTrust Robinson Humphrey, Inc.)  Other than the *Cohen* Action, all of the Actions also assert claims against identical additional defendants (Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC.)  Given the substantial overlap in legal and factual issues, relating the cases will avoid both conflicting results and burdensome duplication of labor by the Court and the parties.

## II.   APPLICABLE RULE

Civil Local Rule 3-12(a) provides that an action is related to another when:

> (1)   The actions concern substantially the same parties, property, transaction, or event, and;
>
> (2)   It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here.  Pursuant to Civil L.R. 3-12(b), whenever a party knows or learns that an action may be related to an action which is pending in this District, the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related.

### III. THE SEVEN CASES ARE RELATED UNDER RULE 3-12(A)

As noted above, all of the Actions assert claims against the same fifteen defendants. (Dkt. 1 ¶¶ 8-15; Ex. A ¶¶ 5-9, 12; Ex. B ¶¶ 7-16, 19-26; Ex. C ¶¶ 24-40; Ex. D ¶¶ 19-24, 36-43; Ex. E ¶¶ 5-9, 12; Ex. F ¶¶ 4-9, 12.)  Six of the seven cases name the same six additional defendants.  (Dkt. 1 ¶¶ 13-14; Ex. A ¶¶ 10-11; Ex. B ¶¶ 17-18; Ex. D ¶¶ 28-32; Ex. E ¶¶ 10-11; Ex. F ¶¶ 10-11.)  All of the Actions allege that the Defendants made or caused to be made false or misleading statements in the offering documents for Sunrun's IPO.  (*See, e.g.* Dkt. 1 ¶ 33; Ex. A ¶ 37; Ex. B ¶ 59; Ex. C ¶¶ 48-52; Ex. D ¶¶ 70-89; Ex. E ¶ 31; Ex. F ¶ 31.)  In addition to the substantial overlap among all of the Actions, six of the Actions—all except the Cohen Action—are based on an identical core allegation:  that, in August 2015, the Defendants failed to disclose that, almost five months later in December 2015, the Nevada Public Utilities Commission would issue an unprecedented decision that would negatively affect Sunrun's business.

There will be an unduly burdensome duplication of labor and expense, and potential conflicting results, if the cases are conducted before different judges.  Because identical claims are asserted in all of the Actions on behalf of the same class, against the same defendants, arising out of the same set of facts, based on the same offering documents, and seeking the same relief, the proceedings in the cases will raise similar, if not identical, issues regarding class certification, liability, and damages.  Requiring multiple judges to address these issues will lead to a duplication of labor and expense, and inconsistent results.  Relating the Actions will permit the Court to coordinate motions, briefing schedules, case management hearings, and discovery between the actions, thus fostering judicial economy and efficiency.

### IV. THE CASES MUST BE RELATED IN THE LOWEST-NUMBERED CASE

Civil Local Rule 3-12(b) provides that this administrative motion must be filed "in the lowest-numbered" case.  As noted above, the seven pending securities class actions regarding Sunrun's IPO are all related under Civil Local Rule 3-12(a), and the lowest-numbered case is the *Greenberg* Action.

In accordance with Civil Local Rule 7-11(a), the Sunrun Defendants sought agreement on this Administrative Motion to Consider Whether Cases Should Be Related from the parties in the

above-listed actions. (Declaration of Robert L. Cortez Webb ¶¶ 2-3.) All of the Defendants are in agreement that these actions should be related to the *Greenberg* Action. (*Id.* ¶ 2.) However, at least two of the Plaintiffs' counsel would not agree. Counsel for the *Baker* and *Brown* Plaintiffs informed counsel for the Sunrun Defendants that they would stipulate only to the relatedness of the six actions removed from the Superior Court of California, County of San Mateo, but *not* to the relatedness of the *Greenberg* Action. (*Id.* at ¶¶ 6, 8.) And, as of the filing of this motion, five days after the initial request to relate, counsel for the *Mancy*, *Nunez*, *Cohen*, and *Pytel* Plaintiffs have not indicated whether or not they are willing to enter into a stipulation relating their Actions to the *Greenberg* Action. (*Id.* at ¶ 9.)

Even though Plaintiffs cannot dispute that the seven cases are related, as noted above, counsel for some of the Plaintiffs will only stipulate to relate the six cases removed from the Superior Court of California, County of San Mateo, and only in the second-lowest-numbered case, the *Pytel* Action. No Local Rule or any other rule provides for consolidation of related cases in any case other than the lowest-numbered one. Additionally, the proposed consolidation of only six of the seven related cases would violate the purpose of Civil Local Rule 3-12, risking "duplication of labor and expense or conflicting results."

What's more, one judge should hear all seven actions even though Plaintiffs have moved or intend to move the Court for an order remanding the removed Actions. Motions to remand have only been filed in two of the six removed actions, and those motions have not even been fully briefed yet, let alone addressed by the Court. There is simply no valid reason to have one judge address the removal motions and another judge hear the *Greenberg* Action.

**CONCLUSION**

For the foregoing reasons, the Sunrun Defendants respectfully request that the Court relate the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions to the *Greenberg* Action currently pending in this Court.

1 | Dated: May 18, 2016

ANNA ERICKSON WHITE
ROBERT L. CORTEZ WEBB
SU-HAN WANG
MORRISON & FOERSTER LLP

By:   /s/ *Anna Erickson White*
     ANNA ERICKSON WHITE

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC