SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
JOHN T. JASNOCH (CA BAR NO. 281605)
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No. 3:16-CV-2480-CRB<br><br>PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br>(ECF NO. 9)<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Case filed: May 6, 2016<br>Trial date: None set<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)

| | |
|---|---|
| JOE BAKER, CARL HAYNER, and KEN MORRIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-CV-02568-EMC |
| Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| vs. | |
| SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538419 |
| Defendants. | |
| MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-CV-02569-EMC |
| Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| vs. | Case No. CIV 538311 |
| SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC., | |
| Defendants. | |

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)

| | |
|---|---|
| GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 3:16-CV-02570-WHA<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538304 |
| GREG MANCY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 5:16-CV-02572-LHK<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538303 |

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)

| | |
|---|---|
| JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.<br>5:16-CV-02573-LHK<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538593 |
| JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., AND SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.<br>3:16-CV-02566-HSG<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538215 |

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)

Plaintiffs George Cohen, David Moss, and Roxanne Xenakis hereby give notice that they join in Plaintiff Jeffrey L. Pytel's Opposition to Sunrun Defendants' Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 9) ("Opposition") and join in the arguments contained within the Opposition.

DATED:  May 20, 2016

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/* John T. Jasnoch
JOHN T. JASNOCH (CA BAR NO. 281605)
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
THOMAS L. LAUGHLIN
JOSEPH V. HALLORAN (CA BAR NO. 288617)
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY  10174
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
jhalloran@scott-scott.com

*Attorneys for Plaintiffs*

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Pursuant to Civil Local Rule 3-12, I also certify that I authorized the electronic delivery via email to all parties in the following cases:

    Case No. 3:16-cv-2566-HSG (*Pytel*)
    Case No. 3:16-cv-2568-EMC (*Baker*)
    Case No. 3:16-cv-2569-EMC (*Brown*)
    Case No. 3:16-cv-2570-WHA (*Cohen*)
    Case No. 3:15-cv-2572-LHK (*Mancy*)
    Case No. 3:15-cv-2573-LHK (*Nunez*)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2016.

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/* John T. Jasnoch
JOHN T. JASNOCH (CA BAR NO. 281605)
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

PLAINTIFFS' JOINDER TO PLAINTIFF JEFFREY L. PYTEL'S OPPOSITION TO SUNRUN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 9)