1   ANNA ERICKSON WHITE (CA SBN 161385)
    AWhite@mofo.com
2   ROBERT L. CORTEZ WEBB (CA SBN 274742)
    RWebb@mofo.com
3   SU-HAN WANG (CA SBN 284863)
    SWang@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants
    Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson
8   McJunkin, Gerald Risk, Steve Vassalo, Richard Wong, Beau
    Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore,
9   Foundation Capital VI, L.P., and Foundation Capital
    Management Co. VI, LLC

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  CAROLE LEE GREENBERG, Individually and        Case No.    3:16-cv-2480-CRB
    on Behalf of All Others Similarly Situated,
16
                    Plaintiff,
17                                                 **ORDER
         v.                                        GRANTING ADMINISTRATIVE
18                                                 MOTION FOR LEAVE TO FILE
    SUNRUN INC., LYNN JURICH, BOB KOMIN,           REPLY IN SUPPORT OF
19  EDWARD FENSTER, JAMESON MCJUNKIN,              MOTION TO RELATE**
    GERALD RISK, STEVE VASSALLO,
20  RICHARD WONG, BEAU PEELLE, EREN
    OMER ATESMEN, REGINALD NORRIS,                 Judge:      Hon. Charles R. Breyer
21  WILLIAM ELMORE, FOUNDATION                     Courtroom: 6, 17th Floor
    CAPITAL VI, L.P., FOUNDATION CAPITAL           Case filed:  May 6, 2016
22  MANAGEMENT CO. VI, LLC, CREDIT                 Trial date:  None set
    SUISSE SECURITIES (USA) LLC, GOLDMAN,
23  SACHS & CO., MORGAN STANLEY & CO.
    LLC, MERRILL LYNCH, PIERCE, FENNER &
24  SMITH INCORPORATED, RBC CAPITAL
    MARKETS, LLC, KEYBANC CAPITAL
25  MARKETS INC., and SUNTRUST ROBINSON
    HUMPHREY, INC.,
26
                    Defendants.
27

28

| | | |
|---|---|---|
| 1 | JOE BAKER, CARL HAYNER, and KEN MORRIS, Individually and on Behalf of All Others Similarly Situated, | Case No.    3:16-CV-02568-EMC |
| 2 | | |
| 3 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 4 | v. | Case No. CIV 538419 |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, | |
| 6 | GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN | |
| 7 | OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION | |
| 8 | CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT | |
| 9 | SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. | |
| 10 | LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL | |
| 11 | MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON | |
| 12 | HUMPHREY, INC., | |
| 13 | Defendants. | |
| 14 | MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly | Case No.    3:16-CV-02569-EMC |
| 15 | Situated, | |
| 16 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 17 | v. | Case No. CIV 538311 |
| 18 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, | |
| 19 | GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN | |
| 20 | OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION | |
| 21 | CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT | |
| 22 | SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. | |
| 23 | LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL | |
| 24 | MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON | |
| 25 | HUMPHREY, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1   GEORGE COHEN, DAVID MOSS, and<br>     ROXANNE XENAKIS, Individually and on<br>2   Behalf of All Others Similarly Situated, | Case No.    3:16-CV-02570-WHA |
| 3                      Plaintiffs, | Removed from the Superior Court of<br>California, County of San Mateo |
| 4        v. | Case No. CIV 538304 |
| 5   SUNRUN INC., LYNN JURICH, BOB KOMIN,<br>     EDWARD FENSTER, JAMESON MCJUNKIN,<br>6   GERALD RISK, STEVE VASSALLO,<br>     RICHARD WONG, CREDIT SUISSE<br>7   SECURITIES (USA) LLC, GOLDMAN, SACHS<br>     & CO., MORGAN STANLEY & CO. LLC,<br>8   MERRILL LYNCH, PIERCE, FENNER &<br>     SMITH INCORPORATED, RBC CAPITAL<br>9   MARKETS, LLC, KEYBANC CAPITAL<br>     MARKETS INC., and SUNTRUST ROBINSON<br>10   HUMPHREY, INC., | |
| 11                     Defendants. | |
| 12   GREG MANCY, Individually and on Behalf of<br>     All Others Similarly Situated, | Case No.    5:16-CV-02572-LHK |
| 13                     Plaintiffs, | |
| 14 | Removed from the Superior Court of<br>California, County of San Mateo |
| 15        v. | |
| 16   SUNRUN INC., LYNN JURICH, BOB KOMIN,<br>     EDWARD FENSTER, JAMESON MCJUNKIN, | Case No. CIV 538303 |
| 17   GERALD RISK, STEVE VASSALLO,<br>     RICHARD WONG, BEAU PEELLE, EREN<br>18   OMER ATESMEN, REGINALD NORRIS,<br>     WILLIAM ELMORE, FOUNDATION<br>19   CAPITAL VI, L.P., FOUNDATION CAPITAL<br>     MANAGEMENT CO. VI, LLC, CREDIT<br>20   SUISSE SECURITIES (USA) LLC, GOLDMAN,<br>     SACHS & CO., MORGAN STANLEY & CO.<br>21   LLC, MERRILL LYNCH, PIERCE, FENNER &<br>     SMITH INCORPORATED, RBC CAPITAL<br>22   MARKETS, LLC, KEYBANC CAPITAL<br>     MARKETS INC., and SUNTRUST ROBINSON<br>23   HUMPHREY, INC., | |
| 24                     Defendants. | |

25

26

27

28

| | |
|---|---|
| JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.    5:16-CV-02573-LHK<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538593 |
| JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.    3:16-CV-02566-HSG<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538215 |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby grants the following relief:

IT IS HEREBY ORDERED THAT Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC's Motion Seeking Leave to File a Reply In Support Of Sunrun Defendants' Administrative Motion to Consider Whether Cases Should be Related is GRANTED.

**IT IS SO ORDERED.**

DATED: May 27, 2016

_____
The Honorable Charles R. Breyer
United States District Judge