
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-cv-2480-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RELATING CASES**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Case filed:  May 6, 2016<br>Trial date:   None set |

| | | |
|---|---|---|
| 1 | JOE BAKER, CARL HAYNER, and KEN MORRIS, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02568-EMC |
| 2 | | |
| 3 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 4 | v. | |
| | | Case No. CIV 538419 |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 13 | Defendants. | |
| 14 | MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02569-EMC |
| 15 | | |
| 16 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 17 | v. | |
| | | Case No. CIV 538311 |
| 18 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02570-WHA |
| 2 | | |
| 3 | Plaintiffs, | Removed from the Superior Court of California, County of San Mateo |
| 4 | v. | |
| | | Case No. CIV 538304 |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 11 | Defendants. | |
| 12 | GREG MANCY, Individually and on Behalf of All Others Similarly Situated, | Case No.   5:16-CV-02572-LHK |
| 13 | Plaintiffs, | |
| 14 | v. | Removed from the Superior Court of California, County of San Mateo |
| 15 | | |
| 16 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538303 |
| 23 | Defendants. | |

| | | |
|---|---|---|
| 1 | JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated, | Case No.   5:16-CV-02573-LHK |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | Removed from the Superior Court of California, County of San Mateo |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538593 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |
| 14 | JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:16-CV-02566-HSG |
| 15 | Plaintiff, | |
| 16 | v. | Removed from the Superior Court of California, County of San Mateo |
| 17 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | Case No. CIV 538215 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby grants the following relief:

IT IS HEREBY ORDERED THAT Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC's Administrative Motion to Consider Whether Cases Should be Related is GRANTED.

The actions captioned *Pytel v. Sunrun et al.*, Case No. 3:16-cv-2566-HSG, *Baker v. Sunrun et al.*, Case No. 3:16-cv-2568-EMC, *Brown v. Sunrun et al.*, Case No. 3:16-cv-2569-EMC, *Cohen v. Sunrun et al.*, Case No. 3:16-cv-2570-WHA, *Mancy v. Sunrun et al.*, Case No. 3:16-cv-02572-LHK, *Nunez v. Sunrun et al.*, Case No. 3:16-cv-02573-LHK are hereby related to the action captioned *Greenberg v. Sunrun Inc. et al.*, Case No. 3:16-cv-2480-CRB, and those actions shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED: 6/6/16        _____
                     The Honorable Charles R. Breyer
                     United States District Judge