ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson
McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau
Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore,
Foundation Capital VI, L.P., and Foundation Capital
Management Co. VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-cv-2480-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND VACATING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[CIV L.R. 6-1(A)]**<br>**[CIV L.R. 7-12]**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Case filed:  May 6, 2016<br>Trial date:   None set |

All parties, through their undersigned counsel, hereby submit this Stipulation deferring Defendants' deadlines to respond to the complaint pursuant to Civil Local Rule 6-1(a), and vacating the initial case management conference.

**RECITALS**

WHEREAS, on May 6, 2016, the above-captioned class action complaint was filed in this Court. (Dkt. 1.)  The complaint alleges violations of the federal securities laws by Sunrun Inc. ("Sunrun"), certain of Sunrun's directors, officers, and employees, as well as the underwriters of Sunrun's initial public offering;

WHEREAS, upon commencement of this action, an initial case management conference was set for August 5, 2016 at 8:30 AM.  (Dkt. 3);

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act").  Among other things, discovery is automatically stayed pending resolution of a motion to dismiss;

WHEREAS, pursuant to the provisions of the Reform Act and Civil Local Rule 23-1, motions for appointment of lead plaintiff and lead counsel are due by July 26, 2016;

WHEREAS no meaningful litigation activity is expected in this action until after the Court appoints a lead plaintiff and lead counsel, at which point an amended complaint is likely to be filed by the appointed lead plaintiff and lead counsel;

WHEREAS, after an operative complaint is filed or designated, defendants anticipate filing motions to dismiss that complaint;

WHEREAS counsel for the undersigned parties agree that deferring the response deadlines for all defendants until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources;

WHEREAS the parties further agree that an initial case management conference, attendant deadlines, and related ADR procedures are premature and should be deferred until the initial case management conference is reset following appointment of a lead plaintiff and lead counsel by the Court.

## STIPULATION

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval as to the resetting of the Case Management Conference, as follows:

1. Defendants agree to accept service, through counsel, to the extent they have not yet been served;[1]

2. Defendants shall have no obligation to respond to the complaint until after the Court appoints a lead plaintiff and lead counsel;

3. Counsel for the defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for the filing of any amended complaint and defendants' responses, including their currently anticipated motions to dismiss; and

4. The Case Management Conference that is presently scheduled for August 5, 2016, is hereby vacated and shall be reset in connection with the setting of the briefing schedule on defendants' anticipated motions to dismiss. The related deadlines, including ADR requirements, shall be deferred until after an initial case management conference is reset.

/
/
/
/
/
/
/
/
/
/

---

[1] Undersigned counsel's acceptance of service of the complaint is without prejudice to and without waiver of any defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process.

1  **IT IS SO STIPULATED**

2

3  Dated: June 6, 2016                                    Dated:      June 6, 2016

4  POMERANTZ LLP                                          MORRISON & FOERSTER LLP

5  By:  */s/ Jennifer Pafiti*
                                                          By:  */s/ Anna Erickson White*

6  Attorneys for Plaintiff Carole Lee Greenberg           Attorneys for the Sunrun Defendants

7  Jennifer Pafiti (SBN 282790)
   468 North Camden Drive                                 Dated:      June 6, 2016
8  Beverly Hills, CA  90210
   Telephone:  818.532.6499                               SHEARMAN & STERLING LLP
9  jpafiti@pomlaw.com
                                                          By:  */s/ Patrick D. Robbins*
10
                                                          Attorneys for the Underwriter Defendants
11
                                                          Patrick D. Robbins (SBN 152288)
12                                                        535 Mission Street, 25th Floor
                                                          San Francisco, CA  94105
13                                                        Telephone:  415.616.1100
                                                          Facsimile:  415.616.1199
14                                                        Email:  probbins@shearman.com

15

16

17

18

19                                    **ORDER**

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

21

22  Dated: June 8, 2016

23                                                        _____
                                                          Hon. Charles R. Breyer
24                                                        United States District Judge

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE AND VACATING CMC
CASE NO. 3:16-CV-2480-CRB
sf-3658633

3

**ATTESTATION**

I, Anna Erickson White, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND VACATING INITIAL CASE MANAGEMENT CONFERENCE**.  In compliance with Civil L.R. 5-1, I hereby attest that Jennifer Pafiti and Patrick D. Robbins concurred in this filing.

/s/ Anna Erickson White