| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 2 | JAMES I. JACONETTE (179565) |
|   | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 4 | 619/231-7423 (fax) |
|   |          – and – |
| 5 | JOHN K. GRANT (169813) |
|   | Post Montgomery Center |
| 6 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA 94104 |
| 7 | Telephone: 415/288-4545 |
| 8 | Attorneys for Plaintiff |
| 9 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:16-cv-2480-CRB |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | STIPULATION AND ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE A SINGLE COORDINATED REPLY IN FURTHER SUPPORT OF MOTIONS TO REMAND |
| SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [CIV L.R. 6-2] [CIV L.R. 7-12]  Judge: Hon. Charles R. Breyer Courtroom: 6, 17th Floor  Case filed: May 12, 2016  Trial date: None set |
| Defendants. | ) ) | |

[Caption continued to following page.]

1153756_1

| | | |
|---|---|---|
| 1 | JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 3:16-cv-02566-CRB |
| 2 | ) ) | Removed from the Superior Court of California, County of San Mateo |
| | Plaintiff, ) | |
| 3 | ) | Case No. CIV 538215 |
| | vs. ) | |
| 4 | ) | |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE | |
| 6 | VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, | |
| 7 | REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., | |
| 8 | FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES | |
| 9 | (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, | |
| 10 | MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL | |
| 11 | MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST | |
| 12 | ROBINSON HUMPHREY, INC., | |
| 13 | Defendants. | |
| 14 | | |
| 15 | JOE BAKER, CARL HAYNER, and KEN MORRIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02568-CRB |
| 16 | | Removed from the Superior Court of California, County of San Mateo |
| | Plaintiffs, | |
| 17 | | Case No. CIV 538419 |
| | vs. | |
| 18 | | |
| 19 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE | |
| 20 | VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, | |
| 21 | REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., | |
| 22 | FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES | |
| 23 | (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, | |
| 24 | MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL | |
| 25 | MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST | |
| 26 | ROBINSON HUMPHREY, INC., | |
| 27 | Defendants. | |
| 28 | | |

1153756_1

| | | |
|---|---|---|
| 1 | MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02569-CRB |
| 2 | | Removed from the Superior Court of California, County of San Mateo |
| 3 | Plaintiffs, | |
| | | Case No. CIV 538311 |
| 4 | vs. | |
| 5-13 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 14 | Defendants. | |
| 15 | GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02570-CRB |
| 16 | | Removed from the Superior Court of California, County of San Mateo |
| 17 | Plaintiffs, | |
| | | Case No. CIV 538304 |
| 18 | vs. | |
| 19-25 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

1153756_1

| | |
|---|---|
| GREG MANCY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>  Defendants. | Case No. 5:16-cv-02572-CRB<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538303 |
| JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>  Defendants. | Case No. 5:16-cv-02573-CRB<br><br>Removed from the Superior Court of California, County of San Mateo<br><br>Case No. CIV 538593 |

1153756_1

1  WHEREAS, on April 13, 2016, Plaintiff Jeffrey L. Pytel filed a putative class action complaint (the "*Pytel* Action") in the Superior Court of California, County of San Mateo, against Defendants Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC (the "Sunrun Defendants"), and Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce Fenner & Smith Incorporated, RBC Capital Markets, LLC, KeyBanc Capital Markets Inc., and SunTrust Robinson Humphrey, Inc. (the "Underwriter Defendants," and collectively with the Sunrun Defendants, "Defendants"), for violations of §§11, 12(a)(2), and 15 of the Securities Act of 1933;

WHEREAS, on April 21, 2016, Plaintiffs George Cohen, David Moss, and Roxanne Xenakis filed a putative class action complaint (the "*Cohen* Action") in the Superior Court of California, County of San Mateo, asserting substantially similar claims against the substantially similar defendants;

WHEREAS, on April 21, 2016, Plaintiff Greg Mancy filed a putative class action complaint (the "*Mancy* Action") in the Superior Court of California, County of San Mateo, asserting substantially similar claims against the substantially similar defendants;

WHEREAS, on April 22, 2016, Plaintiffs Michael Brown and Rebecca Loy filed a putative class action complaint (the "*Brown* Action") in the Superior Court of California, County of San Mateo, asserting substantially similar claims against the substantially similar defendants;

WHEREAS, on April 29, 2016, Plaintiffs Joe Baker, Carl Hayner, and Ken Morris filed a putative class action complaint (the "*Baker* Action") in the Superior Court of California, County of San Mateo, asserting substantially similar claims against the substantially similar defendants;

WHEREAS, on May 10, 2016, Plaintiff Jackie L. Nunez filed a putative class action complaint (the "*Nunez* Action") in the Superior Court of California, County of San Mateo, asserting substantially similar claims against the substantially similar defendants;

WHEREAS, on May 12, 2016, the Sunrun Defendants removed the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions to the U.S. District Court for the Northern District of California;

WHEREAS, between May 17, 2016 and May 19, 2016, Plaintiffs in the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions moved to remand their respective actions to the Superior Court of California, County of San Mateo;

WHEREAS, on June 2, 2016, Defendants and Plaintiffs in the *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* actions stipulated to coordinated briefing on the pending motions to remand, with Defendants filing a single opposition in each of those five cases on June 2, 2016, Plaintiff in the *Pytel* action filing a reply on June 9, 2016, and Plaintiffs in the *Brown*, *Cohen*, *Mancy*, and *Nunez* actions filing a conformed version of the *Pytel* reply on June 10, 2016;

WHEREAS, Defendants and Plaintiffs in the Court in each of the *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* actions filed the June 2 stipulation and proposed order with the respective courts;

WHEREAS Plaintiffs in the *Baker* action refused to coordinate briefing on the pending motions to remand before the filing of Defendants' oppositions on June 2, 2016;

WHEREAS, on June 2, 2016, Defendants filed oppositions to the motions to remand in the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions;

WHEREAS the issues raised in the six pending motions to remand are substantially identical;

WHEREAS, in the interest of efficiency and to preserve party and Court resources, the undersigned parties believe that coordinating the briefing of the pending motions to remand, including a single, coordinated reply brief on behalf of all Plaintiffs, is proper;

WHEREAS, on June 6, 2016, this Court granted Defendants' administrative motion to relate cases and related the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions to *Greenberg v. Sunrun Inc.*, No. 3:16-cv-2480-CRB;

WHEREAS, Plaintiffs' reply briefs in further support of their motions to remand in the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions are currently due on June 8, 2016, June 9, 2016 and June 10, 2016;

WHEREAS, in light of the fact that the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* actions are now related by order of the Court, the parties have met and conferred and have agreed to extend until June 14, 2016 the deadline for Plaintiffs in the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions to file a single coordinated reply in further support of their motions to remand; and

WHEREAS, the present stipulation would not have any effect on the schedule of the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, as follows:

1. The *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions shall be coordinated for the purpose of briefing the pending motions to remand;

2. Plaintiffs in the *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* Actions shall file a single, coordinated reply brief in further support of their motions to remand on or before June 14, 2016.

**IT IS SO STIPULATED**.

Respectfully submitted,

| Dated: June 8, 2016 | Dated: June 8, 2016 |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | MORRISON & FOERSTER LLP |
| s/ JAMES I. JACONETTE<br>By: JAMES I. JACONETTE | s/ ANNA ERICKSON WHITE with permission<br>By: ANNA ERICKSON WHITE |
| Attorney for Plaintiffs Jeffrey L. Pytel and Jackie L. Nunez | Attorneys for the Sunrun Defendants |
| JAMES I. JACONETTE<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619.231.1058<br>Facsimile: 619.231.7423 | Anna Erickson White (SBN 161385)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| JOHN K. GRANT<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545 | |
| Dated: June 8, 2016 | Dated: June 8, 2016 |
| SCOTT + SCOTT LLP | SHEARMAN & STERLING LLP |
| s/ JOHN T. JASNOCH with permission<br>By: JOHN T. JASNOCH | s/ PATRICK D. ROBBINS with permission<br>By: PATRICK D. ROBBINS |

| | |
|---|---|
| Attorney for Plaintiffs George Cohen, David Moss, and Roxanne Xenakis | Attorneys for the Underwriter Defendants |
| JOHN T. JASNOCH<br>JOSEPH V. HALLORAN<br>707 Broadway, Suite 1000<br>San Diego, CA  92101<br>Telephone:  619.233.4565<br>Facsimile:  619.233.0508<br>jjasnoch@scott-scott.com<br>jhalloran@scott-scott.com | PATRICK D. ROBBINS<br>535 Mission Street, 25th Floor<br>San Francisco, CA  94105<br>Telephone:  415.616.1100<br>Facsimile:  415.616.1199<br>Email:  probbins@shearman.com |
| Dated:  June 8, 2016 | Dated:  June 8, 2016 |
| THE ROSEN LAW FIRM, P.A. | LEVI & KORSINSKY LLP |
| s/ LAURENCE M. ROSEN with permission<br>By: LAURENCE M. ROSEN | s/ ADAM C. MCCALL with permission<br>By: ADAM C. MCCALL |
| Attorney for Plaintiffs Michael Brown and Rebecca Loy | Attorney for Plaintiff Greg Mancy |
| LAURENCE M. ROSEN<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071<br>Telephone:  213.785.2610<br>Facsimile:  213.223.4684<br>lrosen@rosenlegal.com | ADAM C. MCCALL<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA  90071<br>Telephone:  213.985.7290<br>Facsimile: 202.333.2121<br>amccall@zlk.com |

Dated:  June 8, 2016

BOTTINI & BOTTINI, INC.


s/ FRANCIS A. BOTTINI, JR. with permission
By: FRANCIS A. BOTTINI, JR.

Attorney for Plaintiffs Joe Baker, Carl Hayner, and Ken Morris

FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Ave, Suite 102
La Jolla, CA  92037
Telephone: 858.914.2001
Facsimile: 858.914.2002
fbottini@bottinilaw.com
aching@bottinilaw.com
ykolesnikov@bottinilaw.com

*   *   *

**O R D E R**

Pursuant to the stipulation, **IT IS SO ORDERED**.

DATED: June 9, 2016

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1153756_1

STIP & [PROPOSED] ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE A SINGLE COORDINATED REPLY IN FURTHER SUPPORT OF MOTS TO REMAND - 3:16-cv-02566-CRB      - 5 -