ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES I. JACONETTE (179565)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
         – and –
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>    Defendants. | Case No. 3:16-cv-2480-CRB<br><br>JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE BY ONE WEEK FOR PLAINTIFFS' COORDINATED MOTIONS TO REMAND<br><br>[CIV L.R. 6-2]<br>[CIV L.R. 7-12]<br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br><br>Case filed: May 12, 2016<br><br>Trial date: None set |

[Caption continued to following page.]

1160039_1

| | | |
|---|---|---|
| 1 | JEFFREY L. PYTEL, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 3:16-cv-02566-CRB |
| 2 | ) ) | Removed from the Superior Court of California, County of San Mateo |
| | Plaintiff, ) | |
| 3 | ) | Case No. CIV 538215 |
| | vs. ) | |
| 4 | ) | |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON ) MCJUNKIN, GERALD RISK, STEVE ) | |
| 6 | VASSALLO, RICHARD WONG, BEAU ) PEELLE, EREN OMER ATESMEN, ) | |
| 7 | REGINALD NORRIS, WILLIAM ELMORE, ) FOUNDATION CAPITAL VI, L.P., ) | |
| 8 | FOUNDATION CAPITAL MANAGEMENT ) CO. VI, LLC, CREDIT SUISSE SECURITIES ) | |
| 9 | (USA) LLC, GOLDMAN, SACHS & CO., ) MORGAN STANLEY & CO. LLC, ) | |
| 10 | MERRILL LYNCH, PIERCE FENNER & ) SMITH INCORPORATED, RBC CAPITAL ) | |
| 11 | MARKETS, LLC, KEYBANC CAPITAL ) MARKETS INC., and SUNTRUST ) | |
| 12 | ROBINSON HUMPHREY, INC., ) ) | |
| 13 | Defendants. ) ) | |
| 14 | | |
| 15 | JOE BAKER, CARL HAYNER, and KEN ) MORRIS, Individually and on Behalf of All ) | Case No. 3:16-cv-02568-CRB |
| | Others Similarly Situated, ) | Removed from the Superior Court of |
| 16 | ) | California, County of San Mateo |
| | Plaintiffs, ) | |
| 17 | ) | Case No. CIV 538419 |
| | vs. ) | |
| 18 | ) | |
| 19 | SUNRUN INC., LYNN JURICH, BOB ) KOMIN, EDWARD FENSTER, JAMESON ) | |
| | MCJUNKIN, GERALD RISK, STEVE ) | |
| 20 | VASSALLO, RICHARD WONG, BEAU ) PEELLE, EREN OMER ATESMEN, ) | |
| 21 | REGINALD NORRIS, WILLIAM ELMORE, ) FOUNDATION CAPITAL VI, L.P., ) | |
| 22 | FOUNDATION CAPITAL MANAGEMENT ) CO. VI, LLC, CREDIT SUISSE SECURITIES ) | |
| 23 | (USA) LLC, GOLDMAN, SACHS & CO., ) MORGAN STANLEY & CO. LLC, ) | |
| 24 | MERRILL LYNCH, PIERCE FENNER & ) SMITH INCORPORATED, RBC CAPITAL ) | |
| 25 | MARKETS, LLC, KEYBANC CAPITAL ) MARKETS INC., and SUNTRUST ) | |
| 26 | ROBINSON HUMPHREY, INC., ) ) | |
| 27 | Defendants. ) ) | |
| 28 | | |

1160039_1

| | | |
|---|---|---|
| 1 | MICHAEL BROWN and REBECCA LOY, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:16-cv-02569-CRB |
| 2 | | ) Removed from the Superior Court of California, County of San Mateo |
| 3 | Plaintiffs, | ) Case No. CIV 538311 |
| 4 | vs. | |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| | Defendants. | |
| 15 | GEORGE COHEN, DAVID MOSS, and ROXANNE XENAKIS, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:16-cv-02570-CRB |
| 16 | | ) Removed from the Superior Court of California, County of San Mateo |
| 17 | Plaintiffs, | ) Case No. CIV 538304 |
| 18 | vs. | |
| 19 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| | Defendants. | |

1160039_1

| | | |
|---|---|---|
| 1 | GREG MANCY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:16-cv-02572-CRB |
| 2 | | Removed from the Superior Court of California, County of San Mateo |
| 3 | Plaintiff, | |
| 4 | vs. | Case No. CIV 538303 |
| 5 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., Defendants. | |
| 15 | JACKIE L. NUNEZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:16-cv-02573-CRB |
| 16 | Plaintiff, | Removed from the Superior Court of California, County of San Mateo |
| 17 | vs. | Case No. CIV 538593 |
| 18 | SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., Defendants. | |

1160039_1

1 | WHEREAS, on May 12, 2016, defendants removed the above-captioned *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* actions to the U.S. District Court for the Northern District of California;

WHEREAS, plaintiffs in each of the above-captioned cases have moved to remand their respective actions to the Superior Court of California, County of San Mateo;

WHEREAS, on June 6, 2016, this Court granted defendants' administrative motion to relate cases and related the above-captioned *Baker*, *Brown*, *Cohen*, *Mancy*, *Nunez*, and *Pytel* actions to *Greenberg v. Sunrun Inc.*, No. 3:16-cv-2480-CRB;

WHEREAS, on June 8, 2016, the parties stipulated, and this Court ordered that the *Baker, Brown, Cohen, Mancy, Nunez,* and *Pytel* actions shall be coordinated for the purpose of briefing the pending motions to remand;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, as follows:

1. Plaintiffs' coordinated motions to remand are set to July 22, 2016 at 10:00 am.

**IT IS SO STIPULATED**.

Respectfully submitted,

| Dated:  June 24, 2016 | Dated:  June 24, 2016 |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | MORRISON & FOERSTER LLP |
| s/ JAMES I. JACONETTE<br>By: JAMES I. JACONETTE | s/ ANNA ERICKSON WHITE with permission<br>By: ANNA ERICKSON WHITE |
| Attorney for Plaintiffs Jeffrey L. Pytel and Jackie L. Nunez | Attorneys for the Sunrun Defendants |
| JAMES I. JACONETTE<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619.231.1058<br>Facsimile: 619.231.7423 | Anna Erickson White (SBN 161385)<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:  415.268.7000<br>Facsimile:  415.268.7522 |
| JOHN K. GRANT<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 | |

1160039_1

Telephone: 415/288-4545

| | |
|---|---|
| Dated: June 24, 2016 | Dated: June 24, 2016 |
| SCOTT + SCOTT LLP | SHEARMAN & STERLING LLP |
| s/ JOHN T. JASNOCH with permission | s/ PATRICK D. ROBBINS with permission |
| By: JOHN T. JASNOCH | By: PATRICK D. ROBBINS |
| Attorney for Plaintiffs George Cohen, David Moss, and Roxanne Xenakis | Attorneys for the Underwriter Defendants |
| JOHN T. JASNOCH<br>JOSEPH V. HALLORAN<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: 619.233.4565<br>Facsimile: 619.233.0508<br>jjasnoch@scott-scott.com<br>jhalloran@scott-scott.com | PATRICK D. ROBBINS<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: 415.616.1100<br>Facsimile: 415.616.1199<br>Email: probbins@shearman.com |
| Dated: June 24, 2016 | Dated: June 24, 2016 |
| THE ROSEN LAW FIRM, P.A. | LEVI & KORSINSKY LLP |
| s/ LAURENCE M. ROSEN with permission | s/ ADAM C. MCCALL with permission |
| By: LAURENCE M. ROSEN | By: ADAM C. MCCALL |
| Attorney for Plaintiffs Michael Brown and Rebecca Loy | Attorney for Plaintiff Greg Mancy |
| LAURENCE M. ROSEN<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: 213.785.2610<br>Facsimile: 213.223.4684<br>lrosen@rosenlegal.com | ADAM C. MCCALL<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: 213.985.7290<br>Facsimile: 202.333.2121<br>amccall@zlk.com |

Dated: June 24, 2016

BOTTINI & BOTTINI, INC.

s/ FRANCIS A. BOTTINI, JR. with permission
By: FRANCIS A. BOTTINI, JR.

Attorney for Plaintiffs Joe Baker, Carl Hayner, and Ken Morris

1160039_1

FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV
7817 Ivanhoe Ave, Suite 102
La Jolla, CA  92037
Telephone: 858.914.2001
Facsimile: 858.914.2002
fbottini@bottinilaw.com
aching@bottinilaw.com
ykolesnikov@bottinilaw.com

\*   \*   \*

**O R D E R**

**IT IS SO ORDERED**.

DATED:  June 27, 2016

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1160039_1