ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
SU-HAN WANG (CA SBN 284863)
SWang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson
McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau
Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore,
Foundation Capital VI, L.P., and Foundation Capital
Management Co. VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON MCJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, BEAU PEELLE, EREN OMER ATESMEN, REGINALD NORRIS, WILLIAM ELMORE, FOUNDATION CAPITAL VI, L.P., FOUNDATION CAPITAL MANAGEMENT CO. VI, LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No.   3:16-cv-2480-CRB<br><br>**STIPULATION AND SCHEDULING ORDER**<br><br>Judge:       Hon. Charles R. Breyer<br>Case filed:  May 6, 2016<br>Trial date:  None set |

Pursuant to Civil Local Rule 7-12, and this Court's June 8, 2016 order, all parties, through their undersigned counsel, hereby submit this Stipulation and Proposed Scheduling Order.

**RECITALS**

WHEREAS, on May 6, 2016, the above-captioned class action complaint was filed in this Court. (Dkt. 1.);

WHEREAS, on June 8, 2016, the Court entered an order (Dkt. 25) approving the parties' joint stipulation to defer the Case Management Conference in this action pending appointment of a lead plaintiff and lead plaintiff counsel, and deferring Defendants' response to the complaint until after the filing of an amended complaint;

WHEREAS, on July 12, 2016, the Court held a hearing on motions to appoint a lead plaintiff and lead counsel. At the July 12, 2016 hearing, the Court granted in part the motion of the Sunrun Investor Group and appointed the Sunrun Investor Group as lead plaintiff and Pomerantz, LLP as counsel for the class. (See Dkt. 50.);

WHEREAS, pursuant to the June 8, 2016 Order, the parties have met and conferred regarding a schedule for the filing of an amended complaint and for briefing Defendants' anticipated motions to dismiss the amended complaint;

WHEREAS the parties agree that, in the interest of preserving judicial and party resources, the Case Management Conference should be deferred until after the Court rules on the anticipated motions to dismiss;

**STIPULATION**

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, as follows:

1. Lead Plaintiff shall file an amended complaint no later than October 21, 2016;

2. Defendants' motions to dismiss the amended complaint shall be filed on or before November 18, 2016;

3. Lead Plaintiff's opposition to Defendants' motions to dismiss the amended complaint shall be filed on or before December 23, 2016;

4. Defendants' reply in support of their motion to dismiss shall be filed on or before

January 20, 2017;

    5.    The hearing on Defendants' motions to dismiss shall be scheduled for February 3, 2017 at 10:00 a.m., or such other date that is convenient for the Court; and,

    6.    The Case Management Conference shall be rescheduled to March 10, 2017 at 8:30 a.m., or such subsequent date that is convenient for the Court, in Courtroom 6, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: August 26, 2016 | Dated: August 26, 2016 |
| POMERANTZ LLP | MORRISON & FOERSTER LLP |
| By: */s/ Joshua B. Silverman* | By: */s/ Anna Erickson White* |
| Attorneys for Lead Plaintiff Sunrun Investor Group | Attorneys for Sunrun Inc., Lynn Jurich, Bob Komin, Edward Fenster, Jameson McJunkin, Gerald Risk, Steve Vassallo, Richard Wong, Beau Peelle, Eren Omer Atesmen, Reginald Norris, William Elmore, Foundation Capital VI, L.P., and Foundation Capital Management Co. VI, LLC |
| Joshua B. Silverman (*pro hac vice*)<br>10 South LaSalle, Suite 3505<br>Chicago, IL 60603<br>Telephone: 312.877.3551<br>jbsilverman@pomlaw.com | |
| Jennifer Pafiti (SBN 282790)<br>468 North Camden Drive<br>Beverly Hills, CA 90210<br>Telephone: 818.532.6499<br>jpafiti@pomlaw.com | Dated: August 26, 2016 |
| | SHEARMAN & STERLING LLP |
| | By: */s/ Patrick D. Robbins* |
| | Attorneys for Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, RBC Capital Markets, LLC, KeyBanc Capital Markets Inc., And SunTrust Robinson Humphrey, Inc. |
| | Patrick D. Robbins (SBN 152288)<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: 415.616.1100<br>Facsimile: 415.616.1199<br>Email: probbins@shearman.com |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 30, 2016

_____
Hon. Charles R. Breyer
United States District Judge

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 3:16-CV-2480-CRB
sf-3688681

3

**ATTESTATION**

I, Anna Erickson White, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil L.R. 5-1, I hereby attest that Joshua Silverman and Patrick D. Robbins concurred in this filing.

          _/s/ Anna Erickson White_____