**POMERANTZ LLP**
Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois  60603
Tel.:   312.377.1181
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
*Lead Counsel for Plaintiff*

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON McJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., <br><br> Defendants | Case No. 3:16-cv-02480-CRB <br><br> CLASS ACTION <br><br> Hon. Charles R. Breyer <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Lead Plaintiff Sunrun Investor Group, by and through Lead Counsel, dismisses without prejudice the following defendants from the above-captioned action (the "Action") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

Beau Peelle;

Eren Omer Atesmen;

Reginald Norris;

William Elmore;

Foundation Capital VI, L.P.; and

Foundation Capital Management CO. VI, LLC

As indicated in the amended complaint filed on October 21, 2016 (Dkt. No. 56), the Action will continue against the following defendants:

Sunrun Inc.;

Lynn Jurich;

Bob Komin;

Edward Fenster;

Jameson McJunkin;

Gerald Risk;

Steve Vassallo;

Richard Wong;

Credit Suisse Securities (USA) LLC;

Goldman, Sachs & Co.;

Morgan Stanley & Co. LLC;

Merrill Lynch, Pierce, Fenner & Smith Incorporated;

RBC Capital Markets, LLC;

KeyBanc Capital Markets Inc.; and

Suntrust Robinson Humphrey, Inc.

Dated: October 26, 2016

Respectfully submitted,

**POMERANTZ LLP**

By: *s/ Joshua B. Silverman*
Joshua B. Silverman (admitted *pro hac vice*)
Patrick V. Dahlstrom (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: jbsilverman@pomlaw.com
E-mail: pdahlstrom@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:(212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

*Attorneys for Lead Plaintiff and the Putative Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and admitted to practice before this Court, *Pro Hac Vice*. I am over the age of 18 and not a party to the within action. My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603.

On October 26, 2016, I caused to be served the following document:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2016, at Chicago, Illinois.

    *s/ Joshua B. Silverman*
    Joshua B. Silverman