**POMERANTZ LLP**
Patrick V. Dahlstrom (admitted *pro hac vice*)
Joshua B. Silverman (admitted *pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois  60603
Tel.:   312.377.1181
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com

*Counsel for Lead Plaintiff*
(*additional counsel on signature page*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE LEE GREENBERG, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02480-CRB |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| SUNRUN INC., LYNN JURICH, BOB KOMIN, EDWARD FENSTER, JAMESON McJUNKIN, GERALD RISK, STEVE VASSALLO, RICHARD WONG, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBC CAPITAL MARKETS, LLC, KEYBANC CAPITAL MARKETS INC., and SUNTRUST ROBINSON HUMPHREY, INC., | |
| Defendants | |

NOTICE IS HEREBY GIVEN that Lead Plaintiff Sunrun Investor Group (consisting of the Gregory and Lillian Lennox Family Trust, Ali B. Zanjani, Teresa Nicastro, and Murray Hoffman), appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order entered on February 9, 2017 (Doc. 79) and the Judgment entered on February 9, 2017 (Doc. 80).

RESPECTFULLY SUBMITTED this 10th day of March, 2017

**POMERANTZ LLP**

By: *s/ Joshua B. Silverman*
Joshua B. Silverman (admitted *pro hac vice*)
Patrick V. Dahlstrom (admitted *pro hac vice*)
Louis C. Ludwig (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: jbsilverman@pomlaw.com
E-mail: pdahlstrom@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

*Attorneys for Plaintiff/Appellant and the Putative Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and admitted to practice before this Court, *Pro Hac Vice*. I am over the age of 18 and not a party to the within action. My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603.

On March 10, 2017, I caused to be served the following document:

**NOTICE OF APPEAL**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2017, at Chicago, Illinois.

*s/ Joshua B. Silverman*
Joshua B. Silverman

**Exhibit A**

Adam Christopher McCall     amccall@zlk.com

Adam Marc Apton     aapton@zlk.com

Anna Erickson White     awhite@mofo.com, avickery@mofo.com

Francis A. Bottini , Jr     fbottini@bottinilaw.com, sammirati@bottinilaw.com

James Ian Jaconette     jamesj@rgrdlaw.com, e_file_sd@rgrdlaw.com

Jennifer Pafiti     jpafiti@pomlaw.com, abarbosa@pomlaw.com, disaacson@pomlaw.com, kmsaletto@pomlaw.com

John T Jasnoch     jjasnoch@scott-scott.com, efile@scott-scott.com, rmcgraw@scott-scott.com

Joshua B. Silverman     jbsilverman@pomlaw.com

Laurence M. Rosen     lrosen@rosenlegal.com, larry.rosen@earthlink.net

Louis C. Ludwig     lcludwig@pomlaw.com

Patrick David Robbins     probbins@shearman.com, rcheatham@shearman.com

Robert L Webb     rwebb@mofo.com, tarmaz@mofo.com

Shannon L Hopkins     shopkins@zlk.com

Su-Han Wang     SWang@mofo.com, gerri-martinez-2359@ecf.pacerpro.com, GMARTINEZ@MOFO.COM, su-han-wang-2043@ecf.pacerpro.com