FILED 

JUN 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SUNRUN INVESTOR GROUP; et al.,

    Plaintiffs-Appellants,

v.

SUNRUN, INC.; et al.,

    Defendants-Appellees.

No. 17-15449

D.C. No. 3:16-cv-02480-CRB
Northern District of California,
San Francisco

ORDER

Appellants' motion to dismiss this appeal (Docket Entry No. 5) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation