UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                           General Court Number
Clerk of Court                                                                                           415-522-2000

July 5, 2017

CASE NUMBER:  16-cv-02480-CRB

CASE TITLE: Greenberg et al v. Sunrun Inc. et al

USCA NUMBER:  17-15449

DATE MANDATE FILED:  7/5/17

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

_____
by:  Maria Loo
Case Systems Administrator